FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 11 2023

Kevin P. Weimer, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| BARBARA FURLOW-SMILES A/K/A BARBARA FURLOW | 1:23-CR-0389 |

I, Barbara Furlow-Smiles, the above named defendant, who is accused of Wire Fraud, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 11, 2023, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Barbara Furlow-Smiles
Defendant

_____
Lance A. Clarke
Counsel for Defendant

Before _____
           Judicial Officer