U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 1 1 2023

Kevin P. Weimer, Clerk
By
Deputy Clerk

Division: Atlanta
(USAO: 2022R00254)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | | | |
|---|---|---|---|
| **COUNTY NAME:** | Fulton | **DISTRICT COURT NO.** | 1:23-CR-0389 |
| | | **MAGISTRATE CASE NO.** | |

| | | |
|---|---|---|
| Indictment | X Information | Magistrate's Complaint |
| DATE: | DATE: December 11, 2023 | DATE: |

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**BARBARA FURLOW-SMILES** | SUPERSEDING INFORMATION<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney:  Stephen H. McClain
Defense Attorney: